IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK LEE TOWNSEND,

    Petitioner,                   No. 2:08-cv-2780-FCD-JFM (HC)

  vs.

M. A. McDONALD,

    Respondent.              <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed January 14, 2009, petitioner's original and first amended petitions were dismissed with leave to file a second amended petition.  Petitioner has now filed a second amended petition.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer.

        Petitioner has included a request for evidentiary hearing with his second amended petition.  Respondent shall file a response to that request with the answer.  Petitioner's reply, if any, shall be filed and served with his traverse.

        In accordance with the above, IT IS HEREBY ORDERED that:

/////

1

1.  Respondent is directed to file an answer to petitioner's second amended petition within forty-five days from the date of this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases.  With the answer, respondent shall file and serve a response to petitioner's request for evidentiary hearing, appended to the second amended petition.

2.  Petitioner's traverse and reply in support of his request for evidentiary hearing, if any, are due on or before thirty days from the date respondent's answer to the second amended petition and response to petitioner's request for evidentiary hearing are filed.

DATED:  February 18, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
town2780.100am