IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK LEE TOWNSEND,

    Petitioner,               No. 2:08-cv-2780-FCD-JFM (HC)

    vs.

M. A. McDONALD,

    Respondent.          <u>ORDER</u>

_____/

        On June 1, 2009, petitioner filed a request for entry of default.  However, by order filed May 27, 2009, respondent was granted an extension of time until June 2, 2009 in which to file an answer.  On June 2, 2009, respondent filed an answer.  Thus, petitioner's request will be denied.

        On June 1, 2009, petitioner also filed a traverse that was signed by petitioner on May 27, 2009.  Because this traverse was filed prior to respondent's answer, petitioner will be provided an additional period of time to file a traverse that addresses respondent's answer. Petitioner may choose to stand on the June 1, 2009 traverse.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 1, 2009 request for entry of default is denied;

/////

1

2. Within twenty days from the date of this order, petitioner shall either complete the attached form and file an Amended Traverse or indicate on the form that he will stand on the June 1, 2009 traverse.

DATED: July 9, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

001; town2780.def

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK LEE TOWNSEND,

    Petitioner,                                                           No. 2:08-cv-2780-FCD-JFM (HC)

    vs.

M. A. McDONALD,                                        NOTICE OF AMENDMENT

    Respondent.

_____/

    Petitioner hereby submits the following document in compliance with the court's order filed _____:

    _____        Amended Traverse or

    _____        Petitioner chooses to stand on traverse filed June 1, 2009.

DATED:

                                                            _____
                                                            Petitioner